PER CURIAM.
Affirmed. Mortellaro v. State, Fla.1954, 72 So.2d 815; Redditt v. State, Fla.1955, 84 So.2d 317; State v. Sebastian, Fla.1965, 171 So.2d 893; Decca v. State, Fla.App.1966, 186 So.2d 92; Nelson v. State, Fla.App.1966, 188 So.2d 353; Simpson v. State, Fla.App.1968, 211 So.2d 862; Ortiz v. State, Fla.App.1968, 212 So.2d 57; Cameron v. State, Fla.App.1968, 214 So.2d 370; Walker v. State, Fla.App.1969, 222 So.2d 61.